PROB 35
(08/01)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# United States District Court
FOR THE
Middle District of Florida

2005 DEC 13 A 9: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                                                        Crim. No. 3:02-cr-5-J-HTS

Lisa L. Scott

On May 30, 2002, the above named defendant was sentenced to four (4) years probation and restitution in the amount of $7,877.03. On May 30, 2002, the above named commenced her probation term and has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

Joseph Pinto
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from probation and that the proceedings in the case be terminated.

Dated this ___9___ day of _December_, 2005.

United States District Judge